IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that K.S. and J.H. submit this notice of appeal in conformity with Bankruptcy Form B417A, and in accordance with USCS Bankruptcy R 8002(3).

**Part 1: Identity of Appellant(s)**
1. Names of Appellants: J.H. and K.S.
2. Position of Appellant in the bankruptcy case: Creditor (sex abuse claimant)

**Part 2: Identify the Subject of this Appeal**
1. Describe the judgment, orders, or decree appealed from:

*Order Denying Motion to Change Election to Opt Into Expedited Payment/Convenience Class.* (D.I. 11797) and accompanying *Opinion* (D.I. 11789) and all other subsumed judgments, orders, and decrees brought up for review in the appeal.

A copy of the Order is attached hereto as **Exhibit A** and a copy of the Opinion is attached hereto as **Exhibit B.**

2. State the date on which the judgment, order, or decree was entered.

The Order was entered on February 5, 2024 and the Opinion was entered the same day on February 5, 2024. Claimant J.D. filed a Notice of Appeal on February 16, 2024. (D.I. 11831).

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**Part 3: Identify the Other Parties to the Appeal**

The other parties to the Order and Opinion, and the names, addresses, and telephone numbers of their attorneys are as follows:

| | |
|---|---|
| J.H. and K.S.<br><br>**(Appellants)** | **JACOBS & CRUMPLAR, P.A.**<br>David Crumplar (#5876)<br>750 Shipyard Dr, Suite 200<br>Wilmington, DE 19801<br>Phone: (302) 656-5445<br>Email: davy@jcdelaw.com<br><br>-and-<br><br>**BABIN LAW LLC**<br>Ashley Crowell (pro<br>hac vice forthcoming)<br>7014 E Camelback Road<br>Suite B100A, #76<br>Scottsdale, AZ 85251<br>Phone: (480)716-4477<br>Email: ashley.crowell@babinlaws.com |
| Boy Scouts of America, and<br><br>Delaware BSA, LLC<br><br>**(Debtors)** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Derek C. Abbott<br>Andrew R. Remming<br>Paige N. Topper<br>Tori L. Remington<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbot@morrisnichols.com<br>      aremming@morrisnichols.com<br>      ptopper@morrisnichols.com<br>      tremington@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com |

| | |
|---|---|
| | – and – <br><br> **WHITE & CASE LLP** <br> Michael C. Andolina <br> Matthew E. Linder <br> Laura E. Baccash <br> Blair M. Warner <br> 111 South Wacker Drive <br> Chicago, Illinois 60606 <br> Telephone: (312) 881-5400 <br> Email: mandolina@whitecase.com <br>       mlinder@whitecase.com <br>       laura.baccash@whitecase.com <br>       blair.warner@whitecase.com |
| Barbara J. Houser, in her capacity as Trustee of the BSA Settlement Trust <br><br> **(Appellees)** | **PACHULSKI STANG ZIEHL & JONES LLP** <br> Richard M. Pachulski <br> Debra I. Grassgreen <br> James E. O'Neill <br> 919 North Market Street, 17th Floor <br> P.O. Box 8705 <br> Wilmington, DE 19899-8705 (Courier 19801) <br> Telephone: (302) 652-4100 <br> Email: rpachulski@pszjlaw.com <br>       dgrassgreen@pszjlaw.com <br>       joneill@pszjlaw.com <br><br> – and – <br><br> **GILBERT LLP** <br> Kami E. Quinn (admission pro hac vice) <br> Emily P. Grim (admission pro hac vice) <br> Sarah A. Sraders (admission pro hac vice) <br> 700 Pennsylvania Avenue <br> SE Suite 400 <br> Washington, DC 20003 <br> Telephone: (202) 772-2200 <br> Facsimile: (202) 772-3333 <br> Email: quinnk@gilbertlegal.com <br>       grime@gilbertlegal.com <br>       sraderss@gilbertlegal.com |

**Part 4: Optional election to have appeal heard by District Court**

Appellants do not elect for the District Court to hear the appeal.

**Part 5: Sign Below**

/s/ Davy Crumplar
/s/Ashley Crowell
Signature of attorneys for appellant
Name, address, and telephone number of attorney:

**JACOBS & CRUMPLAR, P.A.**
David Crumplar (#5876)
750 Shipyard Dr, Suite 200 Wilmington, DE 19801
Phone: (302) 656-5445
Email: davy@jcdelaw.com

**BABIN LAW LLC Ashley Crowell (pro hac vice forthcoming)**
7014 E Camelback Road
Suite B100A, #76
Scottsdale, AZ 85251
Phone: (480) 716-4477
Email: Ashely.crowell.@babinlaws.com